**DISMISS and Opinion Filed April 12, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00232-CV**

**JENNIFER DOUGLAS, Appellant**

**V.**

**ISIDRO CORONADO, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-05373-E**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Nowell

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that she no longer desires to pursue the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

220232f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JENNIFER DOUGLAS, Appellant

No. 05-22-00232-CV        V.

ISIDRO CORONADO, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-20-05373-E.
Opinion delivered by Justice Nowell. Justices Myers and Osborne participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ISIDRO CORONADO recover his costs of this appeal from appellant JENNIFER DOUGLAS.

Judgment entered this 12th day of April, 2022.